# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT SHOTWELL, LEONARD WAGNER, BARBARA KABETH, JAMES PERO, CHARLES YOUNG, GARY LOCKHART, ROBERT MOORE, and JOSEPH DANIELS on behalf of themselves and a class of persons similarly situated,

CASE NUMBER: 07-13673

HON. MARIANNE O. BATTANI

        Plaintiffs,

v.

OWENS CORNING, a Delaware corporation,

        Defendant.

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **JULY 31, 2008 @ 2:30 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., **Detroit**, Michigan 48226. The following motion(s) are scheduled for hearing:

- MOTION FOR CLASS CERTIFICATION filed by Plaintiffs on June 25, 2008; and
- MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT (*to be filed by plaintiffs*)

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed and/or electronically filed to Roger McClow/Kimberly Saks and Craig Stanley on this date.

Date: 6/25/08

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 313-234-2625