**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT SHOTWELL, LEONARD WAGNER, BARBARA KABETH, JAMES PERO, CHARLES YOUNG, GARY LOCKHART, ROBERT MOORE, and JOSEPH DANIELS on behalf of themselves and a class of persons similarly situated, | CASE NUMBER: 07-13673<br>HON. MARIANNE O. BATTANI |

Plaintiffs,

v.

OWENS CORNING, a Delaware corporation,

Defendant.
_____/

## ORDER GRANTING MOTION FOR CLASS CERTIFICATION

Pending before the Court is Plaintiff's Motion for Class Certification, filed on June 25, 2008. For reasons more fully stated on the record at a hearing held on October 9, 2008, the motion is GRANTED conditionally on the approval of the settlement agreement.

IT IS SO ORDERED.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

_____

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to Roger McClow/Kimberly Saks and Craig Stanley on this date.

s/Colette Motowski
Secretary

October 10, 2008